# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON YLARDE,<br><br>         Plaintiff,<br><br>    v.<br><br>A. McGRAW, et al.,<br><br>         Defendants.<br> _____/ | CASE NO. 1:05-CV-00390-OWW-LJO-P<br><br>ORDER DENYING MOTION FOR ISSUANCE OF USM-285 FORMS AS PREMATURE<br><br>(Doc. 8) |

   Plaintiff Nelson Ylarde ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2005, plaintiff filed a motion seeking the issuance of USM-285 forms for service of process.

   Plaintiff's motion for the issuance of USM-285 forms is premature. Service of the summons and complaint will occur only after the court has determined that plaintiff's complaint contains cognizable claims for relief and is appropriate for service.[1] In a separate order issued concurrently with this order, the court dismissed plaintiff's complaint, with leave to amend, for failure to state any claims. Thus, service of plaintiff's complaint is not yet appropriate. Once service is deemed appropriate, the court will take the necessary action. It is unnecessary for plaintiff to file any requests for the issuance of summonses or USM-285 forms.

   The Clerk's Office is in receipt of the summonses plaintiff sent to the court. The summonses will be returned to plaintiff by Clerk's Office staff under separate cover.

---

[1] Plaintiff is referred to paragraph 12 of the First Informational Order, filed May 4, 2005.

1

Case 1:05-cv-00390-OWW-LJO   Document 11   Filed 08/10/05   Page 2 of 2

1  Accordingly, plaintiff's motion for the issuance of USM-285 forms, filed August 5, 2005, is DENIED as premature.

IT IS SO ORDERED.

**Dated:   August 10, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE