UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON YLARDE, | 1:05-cv-00390-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | |
| A. McGRAW, et al., | **ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Doc. 13) |
| Defendants. | |
| | **ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

Plaintiff Nelson Ylarde ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 20, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which

1

contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 20, 2006, is ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, for failure to obey a court order and for failure to state a claim upon which relief may be granted; and
3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:    August 25, 2006                    /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE